Robert C. TORRE, Plaintiff–Appellant,

v.

COOS COUNTY; et al., Defendants–Appellees.

No. 00–35813.

D.C. No. CV–00–06232–AA.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 11, 2002 *.

Decided Feb. 20, 2002.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before B. FLETCHER, T.G. NELSON, and TALLMAN, Circuit Judges.

## MEMORANDUM [**]

Robert C. Torre appeals pro se the district court's dismissal of his action seeking a writ of prohibition against an on-going criminal proceedings against him in Coos County, Oregon. We have jurisdiction under 28 U.S.C. § 1291. We review de novo a decision to abstain under the *Younger* abstention doctrine. *See Lebbos v. Judges of Superior Court,* 883 F.2d 810, 813 (9th Cir.1989). We affirm.

The district court properly dismissed Torre's action pursuant to *Younger v. Harris,* 401 U.S. 37, 91 S.Ct. 746, 27 L.Ed.2d 669 (1971), because: 1) a criminal prosecution against Torre was pending in state court; 2) the criminal proceeding implicates important state interests; and 3) the state court proceedings afford Torre an adequate opportunity to raise any federal questions. *See World Famous Drinking Emporium v. City of Tempe,* 820 F.2d 1079, 1082 (9th Cir.1987).

Torre's remaining contentions lack merit.

AFFIRMED.

[**] This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

